# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS
### Proceeding Memorandum/Order

**In Re:** Michael B. Stuart and Lynne G Stuart   **Case Number** 09-41763   (JBR)
**Chapter** 13

#15 Motion of US Bank, NA for Relief from Stay (14 Reagan Road, Townsend MA).

**COURT ACTION:**

**Show Cause Order**        _____ Released            _____ Enforced
_____ Granted           _____ Approved            _____ Moot
_____ Denied            _____ Denied Without Prejudice
_____ Withdrawn in Open Court
_____ Sustained         _____ Overruled
_____ Continued to _____
_____ Proposed Order to be Submitted by _____
_____ Stipulation to be Submitted by _____
_____ Taken Under Advisement

**DECISION SET OUT MORE FULLY BY COURT AS FOLLOWS:**

STIPULATION TO BE SUBMITTED WITHIN 14 DAYS.

**SO ORDERED:**

*/s/ Joel B. Rosenthal*        Dated 10/13/2009
**Joel B. Rosenthal**
**United States Bankruptcy Judge**