## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF MASSACHUSETTS

In re:                                    Chapter 13
                                          Case No. 09-41763
Michael B. Stuart                         Honorable Joel B. Rosenthal
Lynne G. Stuart


                    Debtors
_____/


### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY DUE TO DEFAULT

Movant, US Bank, NA, by and through its attorneys, Orlans Moran PLLC, having filed a Motion for Relief from the Automatic stay with respect to the property located at 14 Reagan Road, Townsend, MA 01469 is hereby granted Relief from the Automatic Stay.  A Stipulation was entered into on October 28, 2009 stating Debtor was to remain current with monthly payments, and the Debtor has failed to do so.  A Notice of Default was sent on January 29, 2010, when no payments were made an Affidavit of Non Compliance was filed with the court on February 22, 2010.  The Debtor has failed to cure the default.

IT IS HEREBY ORDERED that the Automatic Stay as to secured creditor, relative to the property located at 14 Reagan Road, Townsend, MA 01469 is hereby lifted, ~~and that entry of the order shall be effective immediately upon entry, notwithstanding the provisions of FRBP 4001(a)(3).~~

Date: _____          By: _/s/ Joel B. Rosenthal_____     3/18/2010
                                          U.S. Bankruptcy Judge